UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | CRIMINAL NO. 16-cr-_____ |
| | : | |
| | : | 18 U.S.C. § 874 |
| vs. | : | Kickbacks From Public Works |
| | : | Employees); |
| | : | |
| JUAN CARLOS RECINOS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times material to this Indictment:

## COUNT ONE

On or about April 24, 2013, in the District of the District of Columbia and elsewhere, Defendant JUAN CARLOS RECINOS, knowingly induced Rodmen Number One who was employed in the construction, prosecution, completion or repair of a public works, to wit: the Enhanced Nitrogen Treatment project at the Blue Plains Advanced Wastewater Treatment Plant, to give up part of the compensation to which

1

he was entitled under his contract of employment, to wit: $3,700 in back wages, by falsely representing and convincing him that he owed money to an unnamed attorney.

All in violation of 18 U.S.C. § 874 and 2.

## COUNT TWO

On or about September 11, 2013, in the District of the District of Columbia and elsewhere, Defendant JUAN CARLOS RECINOS, knowingly induced Rodman Number One who was employed in the construction, prosecution, completion or repair of a public works, to wit: the Enhanced Nitrogen Treatment project at the Blue Plains Advanced Wastewater Treatment Plant, to give up part of the compensation to which he was entitled under his contract of employment, to wit: $2,000 in back wages, by falsely representing and convincing him that he owed money to an unnamed attorney.

All in violation of 18 U.S.C. § 874 and 2.

## COUNT THREE

On or about April 24, 2013, in the District of the District of Columbia and elsewhere, Defendant JUAN CARLOS RECINOS, knowingly induced Rodman Number Two who was employed in the construction, prosecution, completion or repair of a public works, to wit: the Enhanced Nitrogen Treatment project at the Blue Plains Advanced Wastewater Treatment Plant, to give up part of the compensation to which he was entitled under his contract of employment, to wit: $2,700 in back wages, by falsely representing and convincing him that he owed money to an unnamed attorney.

All in violation of 18 U.S.C. § 874 and 2.

## **COUNT FOUR**

On or about April 24, 2013, in the District of the District of Columbia and elsewhere, Defendant JUAN CARLOS RECINOS, knowingly induced Rodman Number Three who was employed in the construction, prosecution, completion or repair of a public works, to wit: the Enhanced Nitrogen Treatment project at the Blue Plains Advanced Wastewater Treatment Plant, to give up part of the compensation to which he was entitled under his contract of employment, to wit: $3,500 in back wages, by falsely representing and convincing him that he owed money to an unnamed attorney.

All in violation of 18 U.S.C. § 874 and 2.

## COUNT FIVE

On or about September 11, 2013, in the District of the District of Columbia and elsewhere, Defendant JUAN CARLOS RECINOS, knowingly induced Rodman Number Four who was employed in the construction, prosecution, completion or repair of a public works, to wit: the Enhanced Nitrogen Treatment project at the Blue Plains Advanced Wastewater Treatment Plant, to give up part of the compensation to which he was entitled under his contract of employment, to wit: $2,500 in back wages, by falsely representing and convincing him that he owed money to an unnamed attorney.

All in violation of 18 U.S.C. § 874 and 2.

## COUNT SIX

On or about May 7, 2013, in the District of the District of Columbia and elsewhere, Defendant JUAN CARLOS RECINOS, knowingly induced Rodman Number Five who was employed in the construction, prosecution, completion or repair of a public works, to wit: the Enhanced Nitrogen Treatment project at the Blue Plains Advanced Wastewater Treatment Plant, to give up part of the compensation to which he was entitled under his contract of employment, to wit: $3,800 in back wages, by falsely representing and convincing him that he owed money to an unnamed attorney.

All in violation of 18 U.S.C. § 874 and 2.

## **COUNT SEVEN**

On or about September 11, 2013, in the District of the District of Columbia and elsewhere, Defendant JUAN CARLOS RECINOS, knowingly induced Rodman Number Six who was employed in the construction, prosecution, completion or repair of a public works, to wit: the Enhanced Nitrogen Treatment project at the Blue Plains Advanced Wastewater Treatment Plant, to give up part of the compensation to which he was entitled under his contract of employment, to wit: $500 in back wages, by falsely representing and convincing him that he owed money to an unnamed attorney.

All in violation of 18 U.S.C. § 874 and 2.

A TRUE BILL:

_____
FOREPERSON

_____
TRIAL ATTORNEY
Vincent J. Falvo, Jr.,
United States Department of Justice